## No. 9282.

### GEORGE POWELL ET AL. VS. S. & I. HERNSHEIM ET ALS.

Where, upon the return of testimony taken below under our order and the report of the lower judge thereon, it appears that the judgment appealed from has been voluntarily executed, the appeal will be dismissed.

APPEAL from the Civil District Court for the Parish of Orleans. *Rightor,* J.

*B. R. Forman* for Plaintiffs and Appellants.

*T. Gilmore & Sons* for Defendants and Appellees.

The opinion of the Court was delivered by

MANNING, J. The testimony taken below under our order and returned here with the judge's report shews that the cheque of August

·16, 1884 was in full of Bessy Lutt's share of the Powell estate except a small sum left in the Hernsheim's hands to cover certain contingencies, stated to be $247.16 in one place and in another $275.10.

The motion to dismiss must therefore prevail.

It is ordered that the appeal is dismissed, and that the defendants S. & I. Hernsheim recover of Charles Bauer tutor of Bessy Lutt the costs of taking testimony under our order and all other costs incident thereto.